
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 SEP 22 P 2 20

CLERK OF COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

20-C-1482

Barry Smith,

    And

Francillya Blake,

        Plaintiffs,

V.

Community Care, Inc.,

    And

Guardiantrac LLC, dba GT Independence,

        Defendants.

---

## CIVIL COMPLAINT

---

This complaint is based on the federal Fair Labor Standards Act.

First cause of action: Plaintiff, Barry Smith, has been employed by defendants, Community Care Inc., and Guardiantrac LLC, dba GT Independence, for over three years as a non-licensed skilled home health care provider. During the past three years, September of 2017 through September of 2020, a period of thirty six months, defendants have willfully failed to pay, and

recklessly disregarded plaintiff's right to be paid the wages and overtime pay he has earned for a total of, exactly or about, twelve months. Defendants owe plaintiff, exactly or about, twelve months of unpaid wages and overtime pay.

Second cause of action: Plaintiff, Francillya Blake, has been employed by defendants, Community Care Inc., and Guardiantrac LLC, dba GT Independence, for over one year as a home health aide. During the past year, August of 2019 through September of 2020, a period of thirteen months, defendants have willfully failed to pay and recklessly disregarded plaintiff's right to be paid the wages and overtime pay she has earned for a total of, exactly or about, five months.

Plaintiffs demand trial by jury.

Relief requested: Plaintiffs seek the wages and overtime pay owed to them by defendants, and plaintiffs seek liquidated damages and attorney fees as provided by the Fair Labor Standards Act.

Dated: September 22, 2020.

By: _____  By: _____
Barry Smith                    Francillya Blake
3124 W. Silver Spring Dr.      1811 W. Galena Street
Milwaukee, WI  53209           Milwaukee, WI  53205
414-315-3913                   414-301-0502