STATE OF ILLINOIS)
County of Cook)        DAVID ORR, County Clerk        December 8, 2016

I, David Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and files of said County do herby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office. IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

# CERTIFICATE OF BIRTH
## STATE OF ILLINOIS

Reg. Dist. No. 35,557
Registered No. _____

**CHILD'S BIRTH NUMBER:** 112-53-617678

**1a. PLACE OF BIRTH – COUNTY:** Cook
**1b. CITY OR TOWN:** Chicago
**1c. STREET ADDRESS:** W. 51 Cook County Hospital

**2a. USUAL RESIDENCE OF MOTHER – STATE:** Illinois
**2b. COUNTY:** Cook
**2c. CITY OR TOWN:** Chicago
**2d. STREET ADDRESS:** 533 East 38th St.

**3. CHILD'S NAME:**
- a. (First): Barry
- b. (Middle): Joe
- c. (Last): Smith

**4. SEX:** Male
**5a. THIS BIRTH:** Single (Twin ☒)
**5b. IF TWIN OR TRIPLET (This child born):** 1st
**6. DATE OF BIRTH:** March 10, 1953

**7. FULL NAME OF FATHER:**
- a. (First): Mack
- b. (Middle): _____
- c. (Last): Smith
**8. COLOR OR RACE:** Negro
**9. HIS AGE (At time of this birth):** 33 years
**10. HIS BIRTHPLACE:** Alabama
**11a. HIS USUAL OCCUPATION:** Clerk
**11b. BUSINESS OR INDUSTRY:** Post Office

**12. FULL MAIDEN NAME:**
- a. (First): Mattie
- b. (Middle): _____
- c. (Last): Orum
**13. COLOR OR RACE:** Negro
**14. HER AGE (At time of this birth):** 31 years
**15. HER BIRTHPLACE:** Alabama
**16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER:**
- a. OTHER children now living: 5
- b. OTHER children born alive but now dead: 0
- c. Children stillborn: 0

**17.** I hereby certify that I attended at the birth of this child which was BORN ALIVE at 12:40 P.M. on the date stated above.
Signed: Harold Orr
Address: Cook County Hospital
MIDWIFE ☐  M.D. ☒  Other Attendant: _____
Date signed: 3-11-1953
Phone: Se. 8-2500

**Mother's mailing address for registration notice:** 533 East 38th Street

**RECEIVED FOR FILING ON:** MAR 12 1953
Signed: _____
SUB REGISTRAR
DEPUTY REGISTRAR

**INFORMANT:** Mattie Smith
**LOCAL REGISTRAR:** _____ , ILLINOIS

44462650



**County of Cook**
**State of Illinois**

**Office of County Clerk**
**David Orr**

David Orr
DAVID ORR COUNTY CLERK

Case 2:20-cv-01482-JPS    Filed 11/24/20    Page 1 of 1    Document 20-2
This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED