# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BARRY JOE SMITH and
FRANCILLYA BLAKE,

        Plaintiffs,

v.

COMMUNITY CARE, INC. and
GUARDIANTRAC, LLC, *doing business as* GT INDEPENDENCE,

        Defendants.

Case No. 20-CV-1482-JPS

**ORDER**

On November 17, 2020, the Court dismissed this action without prejudice because Smith violated his restricted-filer status. (Docket #18). Smith is "barred from filing any further pleadings or lawsuits in the Eastern District of Wisconsin bringing claims (in any form) arising out of his status as a descendant of slaves or his status as a convicted felon." (*Id.*) In their *pro se* complaint, Plaintiffs allege that Defendants breached their contract with Smith due to him being a "Black descendant[] of American slaves." (Docket #8). Plaintiffs now ask that the Court amend its judgment, reopen the case, and allow Plaintiffs to file an amended complaint. (Docket #20). In the proposed amended complaint, Plaintiffs replace the phrase "Black descendants of American slaves" with "American Negro." (Docket #20-1). Plaintiffs may not circumvent Smith's restricted-filer status by replacing the violating phrase but maintaining its spirit. Thus, for the reasons stated in its order dismissing this action (Docket #18), the Court will deny Plaintiffs' motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for leave to amend their complaint (Docket #20) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 1st day of December, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge