

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

Barry J. Smith, Sr.,

    Plaintiff

v.

                                                                Case No. 20-CV-1482-JPS

Community Care Inc. and Guardiantrac

LLC d/b/a GT Independence,

    Defendants.

---

## MOTION TO SUPPLEMENT THE RECORD

---

    According to FRAP 10 (e)(1)(2)(B) plaintiff submits to the court his MOTION FOR RECONSIDERATION OF COURT'S ORDER DATED MARCH 4, 2025 FOR COURT TO CONSTRUE MOTION PURSUANT TO FRCP 60(a)(b)(4)(5)(6). The Clerk of the District Court for the Eastern District of Wisconsin was ordered by the trial court not to accept and file plaintiff's subject motion and to return it to him unfiled. Plaintiff has attached the subject eight page motion and attached proposed amendment to his complaint for the court's review so that it becomes a part of the court's record on appeal.

                                            By: _____

                                                     Barry J. Smith, Sr. pro se

                                                     3124 W. Silver Spring Drive

                                                     Milwaukee, Wisconsin 53209

                                                     Progod1@msn.com

                                                     414-315-3913